UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CALFTECH CORPORATION,<br><br>                    Defendant. | No.  1:14-cv-01777-AWI-SMS<br><br>**ORDER OF DISMISSAL** |

Pursuant to the notice of voluntary dismissal without prejudice filed January 14, 2015 pursuant to Federal Rule of Civil Procedure 41(a)(1),

IT IS HEREBY ORDERED that this matter be dismissed without prejudice, the Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:  March 2, 2015                                    _____
                                                                             SENIOR  DISTRICT  JUDGE

1